UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KYLE ANDREW WILLIAMS,

      Plaintiff,

  v.

CRUZ, et al.,

      Defendants.

No.  1:25-cv-01655-SAB (PC)

ORDER DISCHARGING ORDER TO SHOW CAUSE AND STRIKING FIRST AMENDED COMPLAINT FOR LACK OF SIGNATURE

(ECF Nos. 10, 11)

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on November 19, 2025.  (ECF No. 1.)

On December 10, 2025, the Court screened Plaintiff complaint, found no cognizable claims, and granted Plaintiff the opportunity to amend the complaint.  (ECF No. 9.)  Plaintiff failed to file an amended complaint or otherwise respond to the Court's order.  Therefore, on January 20, 2026, the Court ordered Plaintiff to show cause why this action should not be dismissed.  (ECF No. 10.)

On this same date, Plaintiff filed a first amended complaint.  However, Plaintiff's first amended complaint is not signed under penalty of perjury as required by the Federal Rules of Civil Procedure and Local Rules of this Court.[1]  Rule 11 of the Federal Rules of Civil Procedure requires every pleading to be signed by at least one attorney of record or by the filing party personally if the party is unrepresented. Fed. R. Civ. P. 11(a).  Local Rule 131(b) provides: "All pleadings and non-evidentiary documents shall be signed by the individual attorney for the party

---

[1] The Court notes Plaintiff used this Court's civil rights complaint by a prisoner form, however, Plaintiff did not include and/or complete the last page of the form complaint. That page asks Plaintiff to state the remedy or relief he seeks and provides spaces for the date and Plaintiff's signature.

1

presenting them, or by the party involved if that party is appearing in propria persona." Local Rule 131(b).  Moreover, in the Court's first informational order, issued November 26, 2025, Plaintiff was advised: "Each document for filing must include the original signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Documents submitted without the required signature may be stricken."  (ECF No. 5 at 2.)  Because the first amended complaint is not signed by Plaintiff, the Court must strike it from the record.  Fed. R. Civ. 11(a).  Additionally, in light of the filing of a first amended complaint, the Court will discharge the order to show cause issued on January 20, 2026.

Based on the foregoing, it is HEREBY ORDERED that:

1.    The Court's January 20, 2026, order to show cause, (ECF No. 10),  is DISCHARGED;

2.    Plaintiff's first amended complaint, (ECF No. 11), filed on January 20, 2026, is stricken from the record for lack of signature;

3.    The Clerk of Court is directed to send Plaintiff a blank civil rights complaint form;

4.    Within **thirty (30)** days from the date of service of this order, Plaintiff shall file an amended complaint complete with an original signature; and

5.    Failure to comply with this order will result in dismissal of the action.  Local Rule 110.

IT IS SO ORDERED.

Dated:    **January 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2