**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE ANDREW WILLIAMS, | Case No. 1:25-cv-01655 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| CRUZ, et al., | (Doc. 15) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 25, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the first amended complaint failure to state a cognizable claim for relief. (Doc. 15.) The Court served the findings and recommendation on Plaintiff and informed him that any objections were due in 14 days. (*Id.* at 5.) The Court also warned Plaintiff that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff has not filed objections or otherwise communicated with the Court, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1

1. The findings and recommendations issued on February 25, 2026, (Doc. 15), are
   **ADOPTED.**
2. This action is **DISMISSED**, with prejudice, due to Plaintiff's failure to state a claim.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 26, 2026**__

UNITED STATES DISTRICT JUDGE

2